UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON CONLON,

        Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.,

        Defendant.

Civil Action No. 11-CV-570

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jason Conlon, hereby voluntarily dismisses this action against Defendant Nelson, Watson & Associates, LLC. with prejudice.

DATED:    August 29, 2011

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884